

**CAMPAYNO, D.**

v.

**AUTO–OWNERS INSURANCE**

**1210 WDA 2016**

Superior Court of Pennsylvania.

08/23/2017

6743 of 2013
(Westmoreland)

Affirmed

**CAMPAYNO, D.**

v.

**AUTO–OWNERS INSURANCE**

**1255 WDA 2016**

Superior Court of Pennsylvania.

08/23/2017

6743 of 2013
(Westmoreland)

Affirmed

**COM.**

v.

**SIMS, J.**

**1476 WDA 2016**

Superior Court of Pennsylvania.

08/23/2017

CP–02–CR–0003447–2016
(Allegheny)

Reversed/Remanded

**COM.**

v.

**JEFFERSON, S.**

**2764 EDA 2015**

Superior Court of Pennsylvania.

08/24/2017

CP–51–CR–0012934–2012
(Philadelphia)

Affirmed/Vacated/Remanded

